UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERT M. PAYTON, | No. 2:22-cv-1177 AC P |
| Plaintiff, | |
| v. | ORDER |
| MONTGOMERY, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without an attorney. On July 1, 2024, the court issued an order referring this case to post-screening early ADR. ECF No. 20. A settlement conference was set for January 10, 2025, at 9:30 a.m. via Zoom before Chief Magistrate Judge Carolyn K. Delaney. ECF No. 23. The court issued an order and writ for habeas corpus ad testificandum ordering plaintiff's custodian to produce plaintiff by zoom video conference on January 10, 2025, at 9:30 a.m. ECF No. 24. However, on the day of the scheduled settlement conference the custodian informed the court that plaintiff refused to attend. Accordingly, **IT IS HEREBY ORDERED** that within fourteen days of the service of this order, plaintiff shall show cause why he should not be sanctioned for failing to participate in the settlement conference and

////

////

////

1

1  comply with a court order. Sanctions may include a recommendation that the lawsuit be
2  dismissed for failure to prosecute and failure to comply with court orders.
3  DATED: January 10, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE