UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERT M. PAYTON, | No. 2:22-cv-1177 AC P |
| Plaintiff, | |
| v. | ORDER |
| MONTGOMERY, | |
| Defendant. | |

By order filed January 10, 2025, plaintiff was ordered to show cause, within fourteen days, why he should not be sanctioned for failing to participate in the settlement conference scheduled January 10, 2025, and comply with a court order. ECF No. 27. Plaintiff was warned that sanctions may include a recommendation that the lawsuit be dismissed for failure to prosecute and failure to comply with court orders. Id. at 2. The fourteen-day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

Plaintiff will be given one final opportunity to show cause why this lawsuit should not be dismissed for failure to participate in the January 10, 2025, settlement conference and comply with this court's orders, including the last order to show cause. Plaintiff is warned that further failure to respond, coupled with plaintiff's unexplained failure to attend the January 10, 2025, settlement conference, will be considered abandonment of this case and will result in dismissal.

////

1  Accordingly, **IT IS HEREBY ORDERED** that within twenty-one days of the filing of
2  this order, plaintiff shall show cause why this case should not be dismissed for failure to attend
3  the settlement conference, comply with court orders, and prosecute this case.
4  DATED: February 11, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE