UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERT M. PAYTON,<br><br>            Plaintiff,<br><br>     v.<br><br>MONTGOMERY,<br><br>            Defendant. | No.  2:22-cv-1177 AC P<br><br><br>ORDER |

By order filed January 10, 2025, plaintiff was ordered to show cause, within fourteen days, why he should not be sanctioned for failing to participate in the settlement conference scheduled January 10, 2025, and comply with a court order.  ECF No. 27.  Plaintiff was warned that sanctions may include a recommendation that the lawsuit be dismissed for failure to prosecute and failure to comply with court orders.  Id. at 2.  The fourteen-day period expired with no response by plaintiff.

On February 11, 2025, plaintiff was ordered to show cause, within twenty-one days why this case should not be dismissed for failure to attend the settlement conference on January 10, 2025, comply with court orders, and prosecute this case.  ECF No. 28.  Plaintiff's address was updated the following day, and the order was reserved.

Plaintiff has timely filed a response to the orders to show cause and requested a new settlement conference date.  ECF No. 29.  Based on this response, the court will discharge the orders to show cause and grant the request to set a new settlement conference date.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The orders to show cause issued on January 10, 2025, and February 11, 2025, (ECF Nos. 27, 28) are hereby discharged.

2. The request to set a new settlement conference date (ECF No. 29) is granted.

3. A new date will be set by separate order.

DATED: March 12, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2